Aspire Visa
PO Box 105555
Atlanta, GA 30348-5555

Bank One
PO Box 14095
Lexington, KY 40512-4095

Bank One
PO Box 901008
Ft. Worth, TX 76101

Countrywide
400 Countrywide Way
Simi Valley, CA 93605

IRS Special Procedures
ATTN: Bankruptcy MC 5021
50 S. 200 East
Salt Lake City, UT 84111

Robert Lyman
2237 South 460 East
Salt Lake City, UT 84115

Mitsubishi Motors
PO Box 0555
Carol Stream, IL 60132-0555

RC Willey Home Furnishings
ATTN: Bankruptcy
PO Box 65320
Salt Lake City, UT 84165


0427006D5

RC Willey Home Furnishings
PO Box 410429
Salt Lake City, UT 84141-0429


Truck Pro Leasing
by Richer, Swan & Overholt PC
901 West Baxter Drive
South Jordan, UT 84095


Truck Pro Leasing
2240 South 5370 West
West Valley, UT 84120


United Consumer Financial
PO Box 52238
Phoenix, AZ 85072-2238


Utah State Tax Commission
Attn: Bankruptcy Unit
210 N. 1950 West
Salt Lake City, UT 84134


Wells Fargo Bank
PO Box 10335
Des Moines, IA 50306-0335


Wells Fargo Bank
PO Box 37
Boise, ID 83707-0037


Zions First National Bank
Bankruptcy 232K5
PO Box 30709
Salt Lake City, UT 84130

```
Zions First National Bank
PO Box 30813
Salt Lake City, UT 84130-0813
```